UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHAEL THRASHER, | ) CASE NO. C09-0125-TSZ-MAT |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| BRIAN CAYS, | ) |
| Defendant. | ) |

On January 28, 2009, this Court denied *pro se* plaintiff Michael Thrasher's application to proceed *in forma pauperis* (IFP) and directed him to pay the filing and other fees for this action within thirty days. (Dkt. 3.) Plaintiff responded by letter, asking that he be afforded the opportunity to set up a payment plan for these fees. (Dkt. 4.) The Court hereby extends the date by which plaintiff must pay the applicable filing and other fees for this action. For this action to proceed, plaintiff must pay the applicable filing and other fees within **thirty (30) days** of the date of this Order. Plaintiff shall be afforded no further extensions of this deadline and no other payment plans.

DATED this 4th day of March, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -1